UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD LYON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LORETTA LYNCH, et al.,<br><br>　　　　Defendants. | Case No. 5:16-cv-07336-HRL<br><br>**ORDER TO SHOW CAUSE RE PRO HAC VICE APPLICATION** |

Joseph LaCome applies for admission pro hac vice (Dkt. 3). Based on the papers presented, however, it is not clear whether he would be disqualified from such an appearance. See Civ. L.R. 11-3(b). Accordingly, no later than **January 11, 2017**, Mr. LaCome shall file a response to this order, stating why, in view of Civil Local Rule 11-3(b), his application for admission pro hac vice should be granted.

SO ORDERED.

Dated:   January 4, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:16-cv-07336-HRL Notice has been electronically mailed to:

Joseph LaCome    Lacomelaw@gmail.com